REX BARLOW SHAFER,  )
 )
    Petitioner, )
 )
v. ) CASE NO. CV410-199
 )
JACK KOON, Warden, Coastal )
State Prison, )
 )
    Respondent. )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Court for the Northern District of Georgia, Rome Division. Upon transfer, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 1st day of October 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA